No. 797.   CRAIG *v*. UNITED STATES; and

No. 798.   WEINBLATT *v*. SAME.   March 31, 1936.   The application for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit is dismissed upon the ground that it is premature, without prejudice' to a renewal of the application within thirty days after action by the Circuit Court of Appeals on the petition for rehearing. *Messrs. Mark L. Herron* and *Aloysius I. McCormick* for petitioners.   No appearance for the United States.   ■■■

No. 856.   FOLEY, DISTRICT ATTORNEY OF THE COUNTY OF BRONX, ET AL. *v*. WACHS.

April 6, 1936.   *Per Curiam:* The motion for leave to file jurisdictional statement is granted.   The decree granting an interlocutory injunction is affirmed. *Alabama* v. *United States*, 279 U. S. 229, 231; *Langer* v. *Grandin Farmers Coöperative Elevator Co.*, 292 U. S. 605; *Baldwin* v. *G. A. F. Seelig, Inc.*, 293 U. S. 522; *Grosjean* v. *Texas Co.*, 297 U. S. 697.   *Mr. Paul Windels* for appellants.   No appearance for appellee.